**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| IN RE CONCRETE & CEMENT ADDITIVES ANTITRUST LITIGATION | MDL Docket No. 3097 |
|---|---|

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on December 27, 2023, copies of the foregoing Notice of Appearance were served on all parties in all relevant actions as indicated below.                                          .

**Via ECF**

    **Attorneys for Plaintiff SMBA Construction, LLC:**

        Robert N. Kaplan
        Elana Katcher
        Matthew P. McCahill
        Jason A. Uris
        KAPLAN FOX & KILSHEIMER LLP
        800 Third Avenue, 38th Floor
        New York, NY 10022
        Telephone: (212) 687-1980
        Facsimile: (212) 687-7714
        rkaplan@kaplanfox.com
        ekatcher@kaplanfox.com
        mmccahill@kaplanfox.com
        juris@kaplanfox.com

**Via First Class U.S. Mail**

    Clerk of Court
    U.S. District Court - Southern District of New York
    500 Pearl St, New York, NY 10007

    Clerk of Court
    U.S. District Court – Eastern District of Pennsylvania
    601 Market Street, Philadelphia, PA 19106

Sika Corporation
201 Polito Avenue
Lyndhurst New Jersey 07071

Sika AG
Zugerstrasse 50
CH-6340 Baar (ZG)
Switzerland

Cinven Ltd.
21 St. James's Square London SW1Y 4JZ

Cinven, Inc.
510 Madison Avenue
New York, NY 10022

Master Builders Solutions Deutschland GmbH
Glücksteinallee 43-45
68163 Mannheim
Germany

Master Builders Solutions Admixtures U.S., LLC and Master Builders Solutions Admixtures US, LLC
23700 Chagrin Blvd., Beachwood , OH 44122-5506

RPM International Inc.
2628 Pearl Road Medina, OH 44256

The Euclid Chemical Company
19215 Redwood Road, Cleveland, OH 44110


**Attorneys for Plaintiff M&D Peterson, LLC**:

    Jeannine M. Kenney
    HAUSFELD LLP
    325 Chestnut Street
    Suite 900
    Philadelphia, PA 19106
    Tel: (215) 985-3270
    Fax: (215) 985-3271
    jkenney@hausfeld.com

    Nathaniel C. Giddings*
    HAUSFELD LLP
    888 16th Street, NW

Suite 300
Tel: (202) 540-7200
Fax: (202) 540-7201
ngiddings@hausfeld.com

Scott Martin*
HAUSFELD LLP
33 Whitehall Street
14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com

Michael P. Lehmann*
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980
mlehmann@hausfeld.com

Arthur N. Bailey*
Rupp Pfalzgraf LLC
111 W. 2nd Street
Suite 1100
Jamestown, NY 14701
Tel: (716) 664-2967
bailey@rupppfalzgraf.com

**Attorneys for Plaintiff Keystone Concrete Block & Supply Co., Inc.:**

Jeannine M. Kenney
Katie R. Beran
HAUSFELD LLP
325 Chestnut Street
Suite 900
Philadelphia, PA 19106
Tel: (215) 985-3270
Fax: (215) 985-3271
jkenney@hausfeld.com
kberan@hausfeld.com

Nathaniel C. Giddings
HAUSFELD LLP

888 16th Street, NW
Suite 300
Tel: (202) 540-7200
Fax: (202) 540-7201
ngiddings@hausfeld.com

Scott Martin
HAUSFELD LLP
33 Whitehall Street
14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com

Michael P. Lehmann
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 633-4980
mlehmann@hausfeld.com

Joshua H. Grabar
GRABAR LAW OFFICE
One Liberty Place
1650 Market Street, Suite 3600 Philadelphia, PA 19103
Tel: (267) 507-6085
Fax: (267) 507-6048
jgrabar@grabarlaw.com

Joseph E. Mariotti
CAPUTO & MARIOTTI, P.C.
730 Main Street
Moosic, PA 18507
T: 570-342-9999
F: 570-457-1533
jmariotti@caputomariotti.com

**Attorneys for Plaintiff Lakewood Concrete Corp:**

Lee Albert
GLANCY PRONGAY & MURRAY LLP
230 Park Ave., Suite 358
New York, NY 10169

4

Telephone: (212) 682-5340
lalbert@glancylaw.com

Blaine Finley
Lissa Morgans
Cody McCracken
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave., NW
Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
bfinley@cuneolaw.com
lmorgans@cuneolaw.com
cmccracken@cuneolaw.com

Jon A. Tostrud
Anthony Carter
TOSTRUD LAW GROUP, P.C.
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

**Attorneys for Plaintiff 570 Concrete, LLC:**

Joshua H. Grabar
GRABAR LAW OFFICE
One Liberty Place
1650 Market Street, Suite 3600 Philadelphia, PA 19103
Tel: (267) 507-6085
Fax: (267) 507-6048
jgrabar@grabarlaw.com

Joseph E. Mariotti
CAPUTO & MARIOTTI, P.C.
730 Main Street
Moosic, PA 18507
T: 570-342-9999
F: 570-457-1533
jmariotti@caputomariotti.com

Mindee J. Reuben
Steven J. Greenfogel
LITE DEPALMA GREENBERG & AFANADOR, LLC

5

1515 Market Street, Suite 1200 Philadelphia, PA 19102
Tel: (215) 854-4060
Fax: (973) 623-0858
MJR Direct Dial: (215) 704-2524
mreuben@litedepalma.com
sgreenfogel@litedepalma.com

Joseph J. DePalma
LITE DEPALMA GREENBERG & AFANADOR, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
jdepalma@litedepalma.com

Marc H. Edelson
EDELSON LECHTZIN LLP
411 S. State Street
Suite N300
Newtown, PA 18940
(215) 867-2399
medelson@edelson-law.com

Eric L. Cramer
Patrick F. Madden
Michaela L. Wallin
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
(215) 875-3000
ecramer@bm.net
pmadden@bm.net
mwallin@bm.net

    Respectfully submitted,

    */s/ Marguerite M. Sullivan*
    Marguerite M. Sullivan
    Latham & Watkins LLP
    555 Eleventh Street, NW, Suite 1000
    Washington, DC 20004
    Tel.: 202-637-1027
    Fax: 202-637-2201
    Marguerite.Sullivan@lw.com

*Attorney for Defendants Compagnie de Saint-Gobain S.A., Saint-Gobain North America, Chryso, Inc., and GCP Applied Technologies, Inc.*